THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHARLES MAY, Appellant.—Adjudication unanimously affirmed. Counsel's application to withdraw granted *(see, People v Crawford,* 71 AD2d 38). (Appeal from adjudication of Cayuga County Court, Rybarczyk, J.—youthful offender.) Present—Callahan, J. P., Denman, Green, Pine and Lawton, JJ.

 THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROCKY SESSION, Appellant.—Judgment unanimously affirmed. Counsel's application to withdraw granted *(see, People v Crawford,* 71 AD2d 38). (Appeal from judgment of Cayuga County Court, Corning, J.—criminal possession of stolen property, second degree.) Present—Callahan, J. P., Denman, Green, Pine and Lawton, JJ.

 THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN DURHAM, Appellant.—Judgment unanimously affirmed. Counsel's application to withdraw granted *(see, People v Crawford,* 71 AD2d 38). (Appeal from judgment of Ontario County Court, Henry, J.—violation of probation.) Present—Dillon, P. J., Callahan, Doerr, Green and Davis, JJ.